220

■

147 A.3d 396

**ALLMOND**

v.

**DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

Pet. Docket No. 399, Sept.Term, 2016

Court of Appeals of Maryland.

October 31, 2016

Pending in the Court of Special Appeals (No. 1570, Sept. Term, 2016).

Petition for writ of certiorari denied.

■

147 A.3d 396

**BAHICH**

v.

**PAISLEY**

Pet. Docket No. 225, Sept.Term, 2016

Court of Appeals of Maryland.

October 31, 2016

(No. 24-C-16-000579, Circuit Court for Baltimore City).

Petition for writ of certiorari denied.